Tyrone L. JOHNSON, Plaintiff–
Appellant,

v.

UNNAMED PHYSICIAN'S ASSIS-
TANTS; Correctional Medical Ser-
vices, Incorporated; Barry Stanton,
Director, Department of Corrections
for Prince George's County, Mary-
land, Defendants–Appellees.

No. 03–6487.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 5, 2003.

Tyrone L. Johnson, Appellant Pro Se.
Philip Melton Andrews, George Eugene
Brown, Kramon & Graham, Baltimore,
Maryland, for Appellees.

Before WILKINSON, MICHAEL, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Tyrone L. Johnson appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See
Johnson v. Unnamed Physicians*, No.
CA–00–431–DKC (D.Md. Feb. 11, 2003).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*